395 A.2d 1001

Wilcko, Appellant, v. Lenyo.

Argued September 12, 1978. David Kanner, for appellant; James P. Harris, Jr., for appellee.

Before VAN der VOORT, WATKINS and MONTGOM-ERY, JJ.

Order affirmed.

WATKINS, J., dissented.